Dana Charles Moore

Address:

>   7730 Jim Wells
>   Corpus Christi, Texas 78413
>   Home Phone (361) 723-1362
>   Cell Phone (361) 944-5524

Personal Information

>   Birth date:  February 22, 1963
>
>   Marital:    Married to Cathy Cagle on August 17, 1985
>               Bachelor of Science in Education
>               Texas Wesleyan University, Fort Worth, Texas
>               Occupation: Fourth Grade Teacher, Amarillo Independent School District
>
>   Children:   Drew Steven born June 4, 1991
>               Daniel Dustin born June 21, 1996

Education

>   Bachelor of Arts, Double Major in Religion and History, Baylor University, Waco, Texas, 1985.
>
>   Master of Divinity, Southwestern Baptist Theological Seminary, Fort Worth, Texas, 1988.
>
>   Doctor of Philosophy, Major in Old Testament, Minors in New Testament, Preaching, and Evangelism, Southwestern Baptist Theological Seminary, Fort Worth, Texas, 1994.

Pastoral Experience and Ministry Highlights

>   Pastor, Second Baptist Church, Corpus Christi, Texas, October 2007-present.
>       The ministry at 2BC has been one of getting the church back on the right track in serving God through a return to missions and ministries. Instilling hope has been instrumental in getting the church back on task toward furthering God's Kingdom. This is being done in the Corpus Christi community and around the world.
>
>   Pastor, Pleasant Valley Baptist Church, Amarillo, Texas, January 1994-September 2007.
>       Pleasant Valley sits in a transitional community on the north side of Amarillo.  The church has experienced the problems facing churches in such an area, but since becoming pastor, a decline in attendance has been arrested and an increase in numbers at church services has prevailed.  A mixture of innovative ideas with traditional aspects of worship have been instrumental in unleashing the power of God to all who attend the church.  Also, programs that enrich the spiritual development of church members and touch the lives of those in the community are now in place for all ages.
>
>   Pastor, Mustang Baptist Church, Pilot Point, Texas, October 1989-December 1993.
>       Mustang is one of the oldest churches in Denton County, and the only church in the northeast part of the county with a mission church.  Mustang is an open country church that draws its members from several communities in Denton and Collin Counties.  My pastoral skills were sharpened, as I utilized my

seminary training while living on the church field for the first time.  At Mustang I sought to develop leadership within the church membership which resulted in the implementation of a children's worship service.  Mustang also granted me the opportunity to strengthen my management skills while working with paid staff.

Pastor, New Salem Baptist Church, Rosebud, Texas, April 1983-September 1989.
　　　New Salem is an open country church in the heart of Texas.  It was in need of stability at the pastoral position after many student pastors had short tenures there.  My first pastorate gave me the opportunity to learn my initial preaching skills as a part-time minister.  While pastor, New Salem won three Sunday School awards for growth.  Such growth resulted in the beginning of a building program of an entirely new church facility which was successfully completed, including retirement of the debt.

Teaching Experience

　　Adjunct Professor of Religion, Stark College and Seminary, Corpus Christi, 2018-present.
　　　　Course taught: Biblical Hebrew.

　　Adjunct Professor of Religion, Hardin Simmons University and Logsdon Seminary's Corpus Christi campus at the South Texas School of Christian Studies, 2010-present.
　　　　Course taught: Introduction to the Bible, Pentateuch, Old Testament Writings, and Old Testament Historical Books.

　　Adjunct Professor of Religion, Wayland Baptist University, Amarillo Center, 1996-2007.
　　　　Courses taught: Old Testament History, New Testament History, The Latter Prophets, The Pentateuch and Former Prophets, Old Testament Theology, Hebrew I & II,  The Letters of Hebrews and James, Christian Ministry, the Book of Job, the Life and Teachings of Jesus Christ, Discipleship and Spiritual Growth, Preaching, Christian Theology, and the Life and Letters of Paul.

　　Teaching Professor for Seminary Extension, Amarillo Campus, 1995-1998.
　　　　Courses taught: Old Testament Survey, New Testament Survey, Preaching, and Ethics.

　　Adjunct Teacher of Religion, Southwestern Baptist Theological Seminary, Fort Worth, Texas, 1991.
　　　　Course taught: 1 & 2 Samuel.

Mission Travel

　　Mission Team Leader to support Samaritan's Pursue mission workers in Monrovia, Liberia. 2020.

　　Central Asia. One visioning trip and one trip to help assist in a children's camp in a closed region.

　　Adult Teacher, Past the Edge Ministries mission to Durango, Mexico. The work focused on discipleship for new believers in a starting church.

　　Team Leader, International Commission's (Dallas, Texas) mission to St. Petersburg, Russia, October 2003. I worked with the local church with home visits to evangelize the lost and strengthen the believers.

　　Revival Team Leader, International Crusades' (Dallas, Texas) mission to Brazil, July 2001.  I preached revival services at First Baptist Church, Heliopolis and made in home evangelistic visits.

    Revival Evangelist, Cornerstone Outreach Ministry's (Amarillo, Texas) mission to Ghana, West Africa, September 1999.  I preached revival services in Takaradi, Secundi, and Kojokrum; taught leadership skills to local pastors and key lay leaders in the churches; and helped plant a church in a predominantly Muslim village.

    Revival Team Leader, International Crusades' (Dallas, Texas) mission to Russia, June 1995.  I preached revival services in the previously forbidden city of Chkalovsk; participated in evangelistic home meetings; and counseled with Christians in the local Baptist church.

Community Activities

    Volunteer at Search for Truth Ministries, Corpus Christi, Texas.

    President of the Corpus Christi Baptist Association, 2013-2014.

    School Mentor at Corpus Christi Independent School District and West Oso Independent School District

    President of the Board of Cornerstone Outreach Ministry, Amarillo, Texas.

    Board Member of the Amarillo Racial Reconciliation Ministry (ARRM), Amarillo, Texas.

    HOSTS (Help One Student To Succeed) mentor, Amarillo Independent School District.

    Member of the Potter County Grand Jury in 1998 and Potter County Grand Jury Commission in 2000.

**Denominational Work**

    President of the Corpus Christ Baptist Association 2013-14; Vice President 2011-2012.

    Executive Board Member of the Baptist General Convention of Texas, 2015-2020.

    Member of the Committee to Nominate the Boards of Affiliated Ministries of the Baptist General Convention of Texas, 2011-2014.

    Moderator of the Amarillo Area Baptist Association 2005-2006.

    Member of the Executive Board of the Baptist General Convention of Texas in 2002-2005.

    Member of the Nominating Committee of the Executive Board of the Baptist General Convention of Texas, 2002 and 2004.

    Member of the Student Ministries Committee of the Amarillo Baptist Association, 2000-2004. (Chair of the committee 2001-2004.)

    Head of Stewardship and Cooperative Program Emphases for the Amarillo Baptist Association, 1998-2002.