# Exhibit 1A





