United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN HENRY RAMIREZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2609 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

On March 24, 2022, the United States Supreme Court entered an opinion in this case. *Ramirez v. Collier*, ___ S. Ct. ___, 2022 WL 867311 (2022). With the Supreme Court decision, it is appropriate to resume district court proceedings. The parties will confer and submit a joint proposed scheduling order within fourteen (14) days from the entry of this Order.

Signed on April 5, 2022, at Houston, Texas.

David Hittner
United States District Judge