United States District Court
Southern District of Texas
**ENTERED**
May 13, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN HENRY RAMIREZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2609 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Pursuant to the Order of even date, this case is **DISMISSED WIHOUT PREJUDICE**.

This is a final judgment.

SIGNED at Houston, Texas, on this the **10** day of **May**, 2022.

DAVID HITTNER
United States District Judge